51 A.3d 179

Noel GARCIA, Petitioner

v.

DEPARTMENT OF CORRECTIONS, Respondent.

No. 76 EM 2012.

Supreme Court of Pennsylvania.

Aug. 8, 2012.

## ORDER

PER CURIAM.

AND NOW, this 8th day of August, 2012, the Application for Relief is GRANTED. Petitioner is directed to file his Petition for Reconsideration within 14 days of this order.